# IN THE SUPREME COURT OF THE STATE OF NEVADA

COREY DENNIS,
Appellant,
vs.
SONNIE RASHONDA JAMES,
Respondent.

No. 73595

FILED

OCT 17 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on August 1, 2017, without payment of the requisite filing fee. On that same day a notice was issued directing appellants to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.[1]

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Sandra L. Pomrenze, District Judge, Family Court Division
Corey D. Dennis
Sonnie Rashonda James
Eighth District Court Clerk

---

[1]Appellant's motion to dismiss appeal filed on September 29, 2017, is denied as moot.

17-35477